No. 14-11-00996-CR

THE STATE OF TEXAS     §     IN THE 14th DISTRICT

v.     §     COURT OF APPEALS

ANTHONY JAMES CASE     §     HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

APR 07 2015

CHRISTOPHER A. PRINE
CLERK

MAILED 4/6/15

## MOTION FOR EXHIBITS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Anthony J. Case, Appellant, in the above styled and numbered cause, respectfully moves this Honorable Court, respectfully, requesting the Court to supply the Appellant with a copy of the following items:

1. Exhibit No. 258, DNA report; and
2. Exhibit No. 259, Pages of information regarding Ashley LeJune's DNA report

The above exhibits was not included with the reporter's record.

### PRAYER

WHEREFORE, Appellant prays this Honorable Court grants his Motion For Exhibits.

Respectfully submitted

Anthony J. Case
TDCJ-ID: #01752957
Beto Unit, 1391 FM 3328
Tennessee Colony, TX. 75880